EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Dayra del Carmen Amill Acosta | 2012 TSPR 19<br><br>184 DPR ____ |

Número del Caso: TS-11,314


Fecha: 27 de enero de 2012



Abogado de la Parte Peticionaria:

       Por derecho propio

Oficina de Inspección de Notarías

       Lcda. Lourdes I. Quintana Lloréns
       Directora



Materia: Reinstalación al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

IN RE:

DAYRA DEL CARMEN AMILL ACOSTA

Núm.: **TS-11314**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 27 de enero de 2012.

Atendida la "Moción en Cumplimiento de Orden" presentada por la Oficina de Inspección de Notarías (ODIN), se reinstala a la Lcda. Dayra del Carmen Amill Acosta a la práctica de la notaría.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo